270 So.2d 124

Lawes J. ALONZO

v.

LOUISIANA DEPARTMENT OF HIGHWAYS.

No. 53041.

Dec. 21, 1972.

Writ refused. The judgment of the Court of Appeal is correct.

270 So.2d 124

ORTLIEB PRESS, INC.

v.

Ashton J. MOUTON, Collector of Revenue.

No. 53036.

Dec. 21, 1972.

Writ refused. The case having been remanded for further proceedings, the judgment is not final.